David P. Cooper, Oregon State Bar (admitted *Pro Hac Vice*)
Elizabeth A. Tedesco, CA Bar No. 221162
Kolisch Hartwell, P.C.
260 Sheridan Avenue., Suite 200
Palo Alto, California 94306-2009
Telephone: (650) 325-8673

520 S.W. Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: (503) 224-6655

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SLOCUM ENTERPRISES, INC. and D. BARCLAY SLOCUM TRUST AGREEMENT<br><br>Plaintiffs,<br><br>vs.<br><br>NEW GENERATION DEVICES<br><br>Defendant. | Case No. 05-04982 JL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER** |

IT IS HEREBY STIPULATED and agreed by and between counsel for the parties herein that the time for defendant to answer, move, or otherwise respond to the complaint is extended until April 15, 2006, and the case management conference is continued from April 5, 2006 to May 3, 2006.

Page 1 -   STIPULATION AND ORDER EXTENDING TIME TO ANSWER;
          Case No. 05-04982 JL

The parties are involved in three pending patent lawsuits, including this one, each involving the same issues concerning plaintiffs' patent for a veterinary surgical implant called a TPLO plate and defendant's accused TPLO plate. The parties are presently in settlement negotiations, and ve agreed to extend pertinent deadlines in each of the lawsuits for thirty days.

One of the other lawsuits is an appeal by defendant to the U.S. Court of Appeals for the Federal Circuit from the dismissal for lack of jurisdiction of defendant's declaratory judgment action for invalidity and noninfringement of plaintiff's patent by the U.S. District Court for the District of New Jersey. The Federal Circuit has already granted the parties' stipulated request to extend the time for defendant to file its appeal brief.

The other lawsuit is defendant's declaratory judgment action for invalidity and noninfringement of plaintiffs' patent before the U.S. District Court for the Southern District of New York. Contemporaneously with this filing, the parties are also filing with the U.S. District Court for the Southern District of New York, a Joint Stipulation and Order Extending Time to Answer. The U.S. District Court for the Southern District of New York has, pursuant to the parties' joint request, continued the case management conference in that action for thirty days to permit the parties to pursue further settlement discussions.

| KOLISCH HARTWELL, P.C. | BRYAN CAVE LLP |
|---|---|
| 520 S.W. Yamhill Street, Suite 200 | 120 Broadway, Suite 300 |
| Portland, Oregon 97204 | Santa Monica, California 90401 |
| Telephone: (503) 224-6655 | Telephone: (310) 576-2212 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| /s/ David P. Cooper | /s/ Adam J. Thurston |
| David P. Cooper | Adam J. Thurston |
| Dated: February 28, 2006 | Dated: February 28, 2006 |

Page 2 -   STIPULATION AND ORDER EXTENDING TIME TO ANSWER;
          Case No. 05-04982 JL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael R. Friscia
Irene Hurtado
McCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, New York 10167
Telephone: (212) 609-6800
Attorneys for Defendant

SO ORDERED:



Hon. _____ Judge

Page 3 -   STIPULATION AND ORDER EXTENDING TIME TO ANSWER;
Case No. 05-04982 JL