RECEIVED
06 MAY 17 PM 1:29

FILED
MAY 1 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Slocum Enterprises, Inc. and D. Barclay Slocum Trust Agreement

Plaintiff(s),

v.

New Generation Devices

Defendant(s).

CASE NO. 05-04982 JL  MHP

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Thomas J. Romano, an active member in good standing of the bar of Oregon, whose business address and telephone number is 520 S.W. Yamhill Street, Suite 200, Portland, Oregon 97204; Phone: (503) 224-6655, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/19/06

United States District Judge