1  EISENBERG RAIZMAN THURSTON & WONG LLP
2  Adam J. Thurston (SBN 162636)
   Elena S. Min (SBN 235065)
3  11601 Wilshire Boulevard, Fifth Floor
4  Los Angeles, California 90025
   Telephone:  (310) 235-1400
5  Facsimile:   (310) 235-1490
6  Email:        athurston@ertwllp.com
                 emin@ertwllp.com
7
8  Attorneys For Defendant
   NEW GENERATION DEVICES, INC.
9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  SLOCUM ENTERPRISES, INC. and D. BARCLAY SLOCUM TRUST 15  AGREEMENT, 16      Plaintiffs, 17      v. 18  NEW GENERATION DEVICES, 19      Defendant. | Case No.  05-04982 MHP  **STIPULATION OF PARTIES TO CONTINUE STATUS CONFERENCE;** [PROPOSED] **ORDER** |

20

21

22       Plaintiffs Slocum Enterprises, Inc. and D. Barclay Slocum Trust Agreement
23  and Defendant New Generation Devices hereby stipulate to continue to the status
24  ///
25  ///
26  ///
27  ///
28  ///

conference currently scheduled for October 24, 2006 at 3:00 p.m. until November 6, 2006 at 3:00 p.m.

Dated: October 23, 2006    Respectfully submitted,

**EISENBERG RAIZMAN THURSTON & WONG LLP**
Adam J. Thurston
Elena S. Min

By: /s/ Elena Z.
Elena S. Min
Attorneys for Defendant
NEW GENERATION DEVICES, INC.

Dated: October 23, 2006    **LAW OFFICES OF DAVID M. ZEFF**
David M. Zeff

By: /s/ DMZ
David M. Zeff
Attorneys for Plaintiffs
SLOCUM ENTERPRISES, INC. and D. BARCLAY SLOCUM TRUST AGREEMENT

## [PROPOSED] ORDER

The Court hereby grants the parties request to continue the October 24, 2006 status conference until November 6, 2006 at 3:00 p.m.

IT IS SO ORDERED.

Dated: October 24, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

2   STIPULATION OF PARTIES TO CONTINUE STATUS CONFERENCE – CASE NO. 05-4982