FILED
OCT 25 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**EISENBERG RAIZMAN THURSTON & WONG LLP**
Adam J. Thurston (California Bar No. 162636)
11601 Wilshire Boulevard, Suite 500
Los Angeles, California 90025
Telephone:   (310) 235-1400
Fascimile:    (310) 235-1490
Email:         athurston@ertwllp.com

Attorneys for Defendant
New Generation Devices, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SLOCUM ENTERPRISES, INC. and D. BARCLAY SLOCUM TRUST AGREEMENT, <br><br> Plaintiffs, <br><br> v. <br><br> NEW GENERATION DEVICES, INC., <br><br> Defendant. | Case No.: 05-04982 MHP <br><br> **SUBSTITUTION OF ATTORNEY** <br><br> Hearing Officer: Hon. Marilyn Hall Patel <br> Courtroom: 15 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, with their informed consent, Defendant New Generation Devices, Inc. has substituted in Eisenberg Raizman Thurston & Wong LLP, 11601 Wilshire Boulevard, Suite 500, Los Angeles, California 90025, (310) 235-1400, as

///
///
///

1

Oct 10 06 11:03a   NGD                      201-891-5715              p.2

p.4

1  attorneys of record in place and stead of Bryan Cave LLP in the above-entitled case by
2  consent of the undersigned persons.
3
4
5                                            Respectfully submitted,
6
7  Dated: October 9, 2006                    NEW GENERATION DEVICES, INC.
8
9                                            By: *[signature]*
10                                           Print Name: Alex I. Khowayo
11
12 Dated: October 12, 2006                   BRYAN CAVE LLP
13
14                                           By: *[signature]*
15                                           Print Name: William I. Chertok
16
17
18 Dated: October 4, 2006                    EISENBERG RAIZMAN THURSTON & WONG LLP
19
20                                           By: *[signature]*
21                                           Adam J. Thurston
22
23
24                              10/24/06      IT IS SO ORDERED
25
26                                            *[signature]*
27                                            U.S. DISTRICT JUDGE
28

                                    2                    Substitution of Attorney
                                                         Case No. 05-04982 MHP

attorneys of record in place and stead of Bryan Cave LLP in the above-entitled case by consent of the undersigned persons.

Respectfully submitted,

Dated: October ___, 2006           **NEW GENERATION DEVICES, INC.**

By: _____

Print Name: _____

Dated: October ___, 2006           **BRYAN CAVE LLP**

By: _____

Print Name: _____

Dated: October 4, 2006             **EISENBERG RAIZMAN THURSTON & WONG LLP**

By: _____

Adam J. Thurston