David M. Zeff (S.B. #63289)
E-mail: Zefflaw1@aol.com
LAW OFFICES OF DAVID M. ZEFF
1388 Sutter Street, Ste. 820
San Francisco, CA 94109
Telephone: (415) 923-1380
Facsimile: (415) 923-1382

Donald B. Haslett, *pro hac vice*
E-mail: don@chernofflaw.com
Susan D. Pitchford, *pro hac vice*
E-mail: sdp@chernofflaw.com
CHERNOFF, VILHAUER, McCLUNG & STENZEL, LLP
1600 ODS Tower
601 S.W. Second Avenue
Portland, Oregon 97204-3157
Telephone: (503) 227-5631
Facsimile: (503) 228-4373

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SLOCUM ENTERPRISES, INC. and D. BARCLAY SLOCUM TRUST AGREEMENT,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>NEW GENERATION DEVICES, INC.,<br><br>　　　　　　Defendant. | Case No. 05-04982 MHP<br><br>ORDER MODIFYING PREVIOUSLY-ISSUED ORDER (NINETY-DAY CONDITIONAL DISMISSAL) |

　　　This matter came before the court on November 6, 2006. Plaintiffs were represented by Susan D. Pitchford of Chernoff, Vilhauer, McClung & Stenzel LLP. Defendant was represented by Adam Thurston of Eisenberg Raizman Thurston & Wong LLP. The court having considered this matter in good cause appearing,

**PAGE 1** –ORDER MODIFYING PREVIOUSLY ISSUED ORDER
　　(NINETY-DAY CONDITIONAL DISMISSAL)

     IT IS HEREBY ORDERED that the order issued by this Court on May 22, 2006 entitled Order (Ninety-Day Conditional Dismissal) is modyfied to read as follows:

> IT IS HEREBY ORDERED that this action is dismissed <u>without</u> prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 90 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

     As more than 90 days have passed since May 22, 2006, this matter is dismissed without prejudice.

     Dated this 24th day of November, 2006.



_____
Honorable Judge Marilyn H. Patel
United States District/Magistrate Judge

**PAGE 2** –ORDER MODIFYING PREVIOUSLY ISSUED ORDER
    (NINETY-DAY CONDITIONAL DISMISSAL)

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing **ORDER MODIFYING PREVIOUSLY ISSUED ORDER (NINETY-DAY CONDITIONAL DISMISSAL)** to be served upon counsel for the Plaintiffs from the proceeding below via U.S. Mail delivery and email as follows:

Adam J. Thurston
EISENBERG RAIZMAN THURSTON & WONG LLP
11601 Wilshire Blvd., Fifth Floor
Los Angeles, California 90025
Telephone: (310) 235-1450
Facsimile: (310) 235.1490
E-mail: athurston@ertwllp.com

Michael R. Friscia
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
E-mail: mfriscia@McCarter.com

I declare under penalty of the laws of the State of Oregon that the foregoing is true and correct to the best of my knowledge and ability.

Date:  November 14, 2006

    /s/ Susan D. Pitchford
Susan D. Pitchford, OSB No. 98091
Telephone:  (503) 227-5631
Of Attorneys for Plaintiffs
Slocum Enterprises, Inc. and D. Barclay Slocum Trust Agreement

**PAGE 3** –ORDER MODIFYING PREVIOUSLY ISSUED ORDER
(NINETY-DAY CONDITIONAL DISMISSAL)